THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
1832- A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900

Attorney for Plaintiff
IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>APENA CORP, a California Corporation dba PLAZA TEQUILA TAQUERIA; DEMETRIOS GIANNIS, Trustee and ROSE GIANNIS, Trustee of the Giannis Family Trust,<br><br>    Defendants.. | CASE NO. 15-cv-03808-EMC<br><br>**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION, [PROPOSED] ORDER THEREON** |

   Plaintiff and Defendants by and through their respective attorney of record, respectfully request and stipulate, as follows:

   1.   **Whereas**, defendants have been served with the summons and complaint and have answered plaintiff's complaint;

   2.   **Whereas**, pursuant to General Order 56, ¶3,4, the parties are to have the Joint Site Inspection at the Plaza Tequila Taqueria, located at/near 19315 Highway 12, Sonoma, California, no later than December 3, 2015 . However, due to scheduling conflicts and the holidays, the parties are unable to conduct the General Order 56 Joint Site Inspection by the December 3rd deadline.

   3.   **Therefore,** in light of the above, the parties have agreed to reschedule and conduct the joint site inspection on December 10, 2015.

**IT IS SO STIPULATED.**

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: November 24, 2015        THOMAS E. FRANKOVICH, Esq.
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff IRMA RAMIREZ

Dated: November 24, 2015        ATTORNEY AT LAW

By: /s/ Marvin Pederson
Marvin Pederson
Attorney for Defendant Apena Corp.

Dated: November 24, 2015        DICKENSON, PEATMAN & FOGARTY, P.C.

By: /s/Joy Durand
Joy Durand
Attorney for Defendants Demetrios Giannis and Rose Giannis

## P~~RO~~POSED ORDER

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including December 10, 2015.

Dated: November 25, 2015

_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen