AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Irma Ramirez
    Plaintiff (s),
V.
Apena Corp., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-03808-EMC

Notice is hereby given that, subject to approval by the court, __Demetrios Giannis__ substitutes
(Party (s) Name)

__John F. Van De Poel__, State Bar No. __112151__ as counsel of record in
(Name of New Attorney)

place of __Joy Louise Durand__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Van De Poel, Levy, Allen & Arneal, LLP
Address:        1600 South Main Plaza, Suite 325
Telephone:      (925) 934-6102        Facsimile  (925) 934-6060
E-Mail (Optional):  jay@vanlevylaw.com

I consent to the above substitution.
Date: _____
                                              (Signature of Party (s))

I consent to being substituted.
Date: __2/3/16__
                                              *Joy Durand*
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __2/1/2016__
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __4/4/16__

**IT IS SO ORDERED**
Judge Edward M. Chen
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

This version of Internet Explorer is no longer supported. Please upgrade to a

CAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  | Northern | District of | California |
|---|---|---|---|

| Irma Ramirez | | CONSENT ORDER GRANTING |
|---|---|---|
| | Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | | |
| Apena Corp., et al. | | CASE NUMBER: 15-cv-03808-EMC |
| | Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **Demetrios Giannis** substitutes
(Party (s) Name)

John F. Van De Poel , State Bar No. 112151 as counsel of record in
(Name of New Attorney)

place of   Joy Louise Durand
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Van De Poel, Levy, Allen & Arneal, LLP |
|---|---|
| Address: | 1600 South Main Plaza, Suite 325 |
| Telephone: | (925) 934-6102    Facsimile (925) 934-6080 |
| E-Mail (Optional): | jay@vanlevylaw.com |

I consent to the above substitution.

Date: Feb. 1, 2016

_____
(Signature of Party (s))

I consent to being substituted.

Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/1/2016

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

2/1/2016