THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900
Email:       tfrankovich@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, *et al.*, | CASE NO. 3:15-cv-03808-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PRO~~POS~~ED] ORDER THEREON** |
| v. | |
| APENA CORP., *et al.*, | |
| Defendants. | |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Respectfully Submitted,

Dated: January 30, 2017      THOMAS E. FRANKOVICH, APLC
                             *A PROFESSIONAL LAW CORPORATION*

                             By: /s/ Thomas E. Frankovich
                             Thomas E. Frankovich
                             Attorneys for Plaintiff

Dated: January 30, 2017      MARVIN PEDERSON, ATTORNEY AT LAW

                             By: /s/ Marvin Pederson
                             Marvin Pederson
                             Attorney for Defendant Apena Corp.

Dated: January 30, 2017      VAN DE POEL, LEVY, ALLEN & ARNEAL, LLP

                             By: /s/ Nicolet E. Corliss
                             Nicolet E. Corliss
                             Attorneys for Defendants Demetrios Giannis and
                             Rose Giannis

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __2/2__, 2017

_____
Hon. _____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED
Judge Edward M. Chen*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER